FORD SHEET METAL CO., INC. *v.* MECHANICAL
SERVICE, INC., ET AL.
(3812)

HULL, DALY and BIELUCH, Js.

Argued December 11—decision released December 16, 1986

*David M. Reilly,* for the appellant-appellee (named defendant).

*Pat Labbadia III,* with whom, on the brief, was *Robert S. Touger,* for the appellee-appellant (plaintiff).

PER CURIAM. There is no error on the named defendant's appeal; there is no error on the plaintiff's cross appeal.